UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORALEE GIOTTA, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>ANTHEM, INC., et al.,<br><br>       Defendants. | Case No. 15-MD-02617-LHK<br><br>**CASE MANAGEMENT ORDER** |

**Counsel on Behalf of Lead Plaintiffs and Lead Plaintiffs' Steering Committee:** Eve Cervantez, David Berger, Andrew Friedman
**Counsel on Behalf of Plaintiff Bell:** Isam Khoury
**Counsel on Behalf of Defendants Anthem, Inc.; Anthem affiliates; and various non-Anthem affiliates:** Craig Hoover, Desmond Hogan, Chad Fuller, Allison Holt
**Counsel on Behalf of Defendants Blue Cross Blue Shield Association and Healthcare Services Corporation:** Jessica Staiger

A case management conference was held on October 26, 2016. A further case management conference is scheduled for January 25, 2017 at 2:00 p.m. The parties shall file their joint case management statement by January 18, 2017.

The deadline for the parties to complete the Rule 30(b)(6) of up to five non-Anthem Defendants is extended from December 1, 2016 to December 16, 2016. The deadline for all other

1

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

discovery shall remain December 1, 2016. All other scheduled dates shall remain as set. For the convenience of the parties, the case schedule is reproduced below.

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | December 1, 2016 |
| Identification of Plaintiffs' Experts for Class Certification and Report | December 2, 2016 |
| Identification of Defendants' Experts for Class Certification and Report | December 21, 2016 |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | January 16, 2017 |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | February 13, 2017 |
| Last Day to Amend Pleadings | February 24, 2017 |
| Deadline to File Motion for Class Certification | **Motion:** March 10, 2017<br>**Opp'n:** April 7, 2017<br>**Reply:** May 5, 2017 |
| Deadline for Defendants to File *Daubert* Motions | **Motion:** April 7, 2017<br>**Opp'n:** May 5, 2017<br>**Reply:** May 19, 2017 |
| Deadline for Plaintiffs to File *Daubert* Motions | **Motion:** May 5, 2017<br>**Opp'n:** May 19, 2017<br>**Reply:** June 2, 2017 |
| Hearing on Motion for Class Certification and *Daubert* Motions | June 29, 2017, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: October 26, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER